FILED
APR 18 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JS-6

JAMES H. THEBEAU, CA Bar No. 128845
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-4402
Facsimile:    (909) 387-4069
jthebeau@cc.sbcounty.gov

Attorneys for Defendants, COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MENELL,<br><br>Plaintiff[s]<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10<br><br>Defendant[s] | Case No. 5:15-cv-02126 VAP (KKX)<br><br>**STIPULATION RE: DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>[FRCP Rule 41 (a)(1)(A)(ii)]<br><br>Honorable District Court Judge Virginia A. Phillips |

Plaintiff Menell and defendant County of San Bernardino, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) and agree as follows:

    1.    To dismissal of the entire action WITH PREJUDICE; and

    2.    That the parties shall bear their own costs and fees incurred in connection with the prosecution of and/or defense of the

action.

Dated: April 13, 2016

JEAN-RENE BASLE
County Counsel


/s/ James H. Thebeau
JAMES H. THEBEAU
Deputy County Counsel
Attorneys for Defendant, County of San Bernardino


Dated: April 13, 2016, 2016

LAW OFFICES OF POTTER HANDY
CENTER FOR DISABILITY ACCESS


/s/ Phyl Grace
PHYL GRACE
Attorney for Plaintiff
Katrina Menell


IT IS SO ORDERED

Dated April 18 2016

United States District Judge

RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE